# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Matthew Boyd Lisenco,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-593-MU
(3:08-cr-209-W)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2011 Order.

Signed: September 1, 2011

_____
Frank G. Johns, Clerk
United States District Court